# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FRED ZINSER,

    Plaintiff,

v.

NEVADA DEPARTMENT OF CORRECTIONS et al.,

    Defendants.

2:16-cv-00832-JCM-CWH

**ORDER**

## I. DISCUSSION

On January 25, 2018, this Court entered a screening order permitting Count I, alleging deliberate indifference to serious medical needs, to proceed against Defendants Aneen Ames and Doe Nurse #2 (when Plaintiff learned his/her identity). (ECF No. 12 at 5).

The Court stayed the case for 90 days to give Plaintiff and Defendant Ames an opportunity to settle their dispute before the filing fee was paid, an answer was filed, or the discovery process began. (*Id.* at 5-6). The Court directed the Attorney General's Office to notify the Court whether it would enter a limited notice of appearance on behalf of Defendant Ames for the purpose of settlement. (*Id.* at 7).

On February 13, 2018, the Attorney General's Office informed the Court that it could not make a limited appearance for the purpose of settlement because Defendant Ames, the only remaining named defendant in this action, was not a current employee of the Nevada Department of Corrections. (ECF No. 13 at 1). The Attorney General's Office explained that it was not authorized to enter a limited notice of appearance in the matter. (*Id.* at 2).

In light of the Attorney General Office's notice, the Court now orders the Attorney General's Office to send a letter to Defendant Ames at his/her last known address informing

him/her that he/she is a defendant in this lawsuit. In that letter, the Attorney General's Office shall ask Defendant Ames if he/she would like the Attorney General's Office to represent him/her in this matter. Within 30 days from the date of this order, the Attorney General's Office shall file an updated notice with the Court informing the Court whether it will be entering a limited notice of appearance on behalf of Defendant Ames for the purpose of settlement in light of that letter.

If the Attorney General's Office enters a limited notice of appearance on behalf of Defendant Ames for the purpose of settlement, the Court shall schedule an early inmate mediation conference. However, if the Attorney General's Office notifies the Court that it will not be entering a limited notice of appearance in light of its communication with Defendant Ames, the Court will issue an order that: (1) removes this case from the early inmate mediation program, (2) rules on the application to proceed *in forma pauperis*, and (3) begins the service process with the U.S. Marshal's Office.

## II.     CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Attorney General's Office shall send a letter to Defendant Ames at his/her last known address informing him/her of this lawsuit and asking whether he/she seeks to have the Attorney General's Office represent him/her for the limited purpose of settlement.

IT IS FURTHER ORDERED that, within 30 days from the date of this order, the Attorney General's Office shall file an updated notice with the Court informing the Court about Defendant Ames's representation status.

IT IS FURTHER ORDERED that, within 30 days from the date of this order, the Attorney General's Office shall advise the Court whether it will enter a limited notice of appearance on behalf of Defendant Ames for the purpose of settlement. No defenses or objections, including lack of service, shall be waived as a result of the filing of the limited notice of appearance.

IT IS FURTHER ORDERED that, if this case remains in the early inmate mediation program, the Court extends the 90-day stay and the deadline for the 90-day stay status report

until 5 days after any scheduled mediation.

IT IS FURTHER ORDERED that, if the Attorney General's Office cannot make a limited notice of appearance on behalf of Defendant Ames, the Attorney General's Office shall file, *under seal*, but shall not serve the inmate Plaintiff, the last known address of Defendant Ames. If the last known address of Defendant Ames is a post office box, the Attorney General's Office shall attempt to obtain and provide the last known physical address.

DATED: This 27th day of February, 2018.

_____
United States Magistrate Judge