# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRED ZINSER, | Case No. 2:16-cv-00832-JCM-CWH |
| Plaintiff, | ORDER |
| v. | |
| NEVADA DEPARTMENT OF CORRECTIONS et al., | |
| Defendants. | |

In light of the notice of appearance filed by the Office of the Attorney General (ECF No. 18), the Court refers this case to the inmate early mediation program pursuant to its screening order (ECF No. 12) and extends the stay 60 days from the date of this order.

For the foregoing reasons, it is ordered that this case is referred to the early inmate mediation program.

It is further ordered that the stay is extended 60 days from the date of this order. The Office of the Attorney General shall file its status report on or before that date.

DATED: April 12, 2018

_____
UNITED STATES MAGISTRATE JUDGE