ADAM PAUL LAXALT
  Attorney General
JARED M. FROST (Bar No. 11132)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada  89101
(702) 486-3177 (phone)
(702) 486-3773 (fax)
Email: jfrost@ag.nv.gov

*Attorneys for Defendant*
*Aneen Ames Smutz*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRED ZINSER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>　　　　Defendants. | Case No.  2:16-cv-00832-JCM-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

It is stipulated and agreed by and between Fred Zinser, Plaintiff Pro Se, and Defendant Aneen Ames Smutz, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Jared M. Frost, Senior Deputy Attorney General, that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorney fees and costs. This stipulation is made and based on a Settlement Agreement

///

///

///

reached by the parties. The parties further state that they have resolved this matter in its entirety, and that the Court may accordingly close the case.

DATED June 4, 2018.                           DATED June 8, 2018.

                                              ADAM PAUL LAXALT
                                              Nevada Attorney General

_____                By: _____
Fred Zinser                                   Jared M. Frost
                                              Senior Deputy Attorney General
*Plaintiff Pro Se*                            Office of the Nevada Attorney General
                                              555 E. Washington Avenue, Suite 3900
                                              Las Vegas, Nevada 89101

                                              *Attorneys for Defendant Ames*

## ORDER

**IT IS SO ORDERED**. This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED June 12, 2018.

_____
UNITED STATES DISTRICT JUDGE